UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRANDEN ROBINSON, | Case No. 18-cv-06814-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT JACKSON'S REQUEST FOR AN EXTENSION OF A TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| A. JACKSON, | Re: Dkt. No. 17 |
| Defendant. | |

Good cause being shown, Defendant Jackson's request for an extension of time to file his dispositive motion is granted. Dkt. No. 17. Defendant Jackson shall file his dispositive motion by June 14, 2019. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon defendant no later than **28 days** from the date the motion is filed. Defendant Jackson **shall** file a reply brief no later than **14 days** after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 17.

**IT IS SO ORDERED.**

Dated: 4/25/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge