UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. JACKSON,<br><br>　　　　Defendant. | Case No. 18-cv-06814-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION; DENYING SUMMARY JUDGMENT MOTION WITHOUT PREJUDICE TO REFILING**<br><br>Re: Dkt. Nos. 19, 20 |

Defendant Jackson has filed a second request for an extension of time to file his dispositive motion. Dkt. No. 19. He states that he has been unable to obtain a declaration from a critical witness, Deputy Sean Reid, because Deputy Reid unexpectedly went out on medical leave and is unavailable. *Id.*; *see also* Dkt. No. 20-2 at 2.

Good cause being shown, Defendant Jackson's second request for an extension of time to file his dispositive motion is granted. Dkt. No. 19. Defendant Jackson shall file his dispositive motion by August 28, 2019, or when he has obtained the declaration from the witness, whichever is earlier. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon defendant no later than **28 days** from the date the motion is filed. Defendant Jackson **shall** file a reply brief no later than **14 days** after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

Defendant Jackson has filed a summary judgment motion with this court, but indicates that he intends to later supplement his motion with a declaration from Deputy Reid. In light of the Court's grant of an extension of time and in the interests of judicial efficiency, Defendant Jackson's summary judgment is DENIED without prejudice to re-filing by August 28, 2019 when

he has obtained the declaration from Deputy Reid.

This order terminates Dkt. Nos. 19 and 20.

**IT IS SO ORDERED.**

Dated: 6/21/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge