UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>A. JACKSON,<br><br>    Defendant. | Case No. 18-cv-06814-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 27 |

Good cause being shown, plaintiff's request for an extension of time to file his opposition to defendant's summary judgment motion is GRANTED. Dkt. No. 27. Plaintiff shall file his opposition by November 4, 2019. Defendant shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion

This order terminates Dkt. No. 27.

**IT IS SO ORDERED.**

Dated:

                                            */s/ Haywood S. Gilliam, Jr.*
                                            HAYWOOD S. GILLIAM, JR.
                                            United States District Judge