UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDEN ROBINSON,

Plaintiff,

v.

A. JACKSON,

Defendant.

Case No. 18-cv-06814-HSG

**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**

Re: Dkt. No. 29

Plaintiff has filed a request for an extension of time to file a reply to the defendant's response to the Court's order to show cause why a writ of habeas corpus should not be granted. The instant action is brought pursuant to 42 U.S.C. § 1983 and alleges that defendant Jackson used excessive force on plaintiff in violation of the Fourteenth Amendment's Due Process Clause. The instant action is not a petition for a writ of habeas corpus. The Court construes plaintiff's request as a request for an extension of time to file his opposition to defendant's pending summary judgment motion. Good cause being shown, plaintiff's request is GRANTED. Dkt. No. 29. Plaintiff shall file his opposition by January 7, 2020. Defendant shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 29.

**IT IS SO ORDERED.**

Dated: 11/12/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge