UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>A. JACKSON,<br><br>    Defendant. | Case No. 18-cv-06814-HSG<br><br>**ORDER GRANTING FOURTH AND FINAL EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 37 |

Plaintiff, an inmate at California State Prison – Solano ("CSP-Solano"), filed this *pro se* civil rights action under 42 U.S.C. § 1983 alleging that Alameda County deputy Jackson used excessive force on him when he was previously housed as a pretrial detainee at Santa Rita County Jail. On August 27, 2019, defendant Jackson filed a summary judgment motion. Dkt. No. 24. The Court granted plaintiff multiple extensions of time to February 7, 2020, to file his opposition to the summary judgment motion. Dkt. Nos. 28, 30, 35. On February 13, 2020, plaintiff requested yet another extension of time to file his opposition, stating that CSP-Solano is now on lockdown due to the deaths of two inmates. Dkt. No. 37. The Court has previously granted plaintiff three extensions of time to oppose the summary judgment motion, allowing him an extra four months to prepare his opposition. The Court will grant plaintiff a final extension of time to prepare his opposition. Plaintiff shall file his opposition by **April 20, 2020**. **No further extensions of time will be granted.**

//

//

//

//

This order terminates Dkt. No. 37.

**IT IS SO ORDERED.**

Dated: 2/19/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge