UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDEN ROBINSON,

           Plaintiff,

    v.

A. JACKSON,

           Defendant.

Case No. 18-cv-06814-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**

Re: Dkt. No. 39

      Good cause being shown, defendant's request for an extension of time to file his reply in support of his summary judgment motion is GRANTED. Dkt. No. 39. Defendant shall file his reply by May 18, 2020.

      This order terminates Dkt. No. 39.

      **IT IS SO ORDERED.**

Dated: 2/24/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge