UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>A. JACKSON,<br><br>    Defendant. | Case No. 18-cv-06814-HSG<br><br>**JUDGMENT** |

The Court has granted summary judgment in favor of defendant. The Clerk is directed to enter judgment in favor of defendant and against plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/2/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge